[No. 10412-5-III. Division Three. September 27, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. KERRY R. FLICK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-8-00835-8, William G. Luscher, J., entered September 29, 1989. *Reversed* and *dismissed* by unpublished opinion per Shields, J., concurred in by Green, A.C.J., and Thompson, J.

[No. 10799-0-III. Division Three. September 27, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODORE A. BOHLMAN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Whitman County, No. 86-2-00174-1, Wallis W. Friel, J., entered January 24, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Shields, J.

[No. 12756-3-II. Division Two. September 27, 1990.]

ROBERT J. BARKER, ET AL, *Respondents*, v. THE STATE OF WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 87-2-00040-3, Gary W. Velie, J., entered April 7, 1989. *Reversed with instructions* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.